**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Edward Seymour Codd JR** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7091** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Denise Koenig Codd** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–8150** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter **7  2/11/19** |
| Case number: | 19–10361 Section B Office Code: 2 | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward Seymour Codd JR | Denise Koenig Codd |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 108 Debra Ct <br> Luling, LA 70070 | 108 Debra Ct <br> Luling, LA 70070 |
| 4. | **Debtor's attorney** <br> Name and address | Eric J. Derbes <br> The Derbes Law Firm, LLC <br> 3027 Ridgelake Avenue <br> Metairie, LA 70002 | Contact phone (504) 837–1230 <br> Email: ederbes@derbeslaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | David V. Adler <br> Post Office Box 55129 <br> Metairie, LA 70055 | Contact phone (504) 834–5465 <br> Email: adler_d@bellsouth.net ––> |

**For more information, see page 2 >**

Debtor **Edward Seymour Codd JR** and **Denise Koenig Codd**     Case number **19–10361**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 2/11/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 21, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location:<br><br>**F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.<br>**NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST. | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/20/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Eastern District of Louisiana

In re:
Edward Seymour Codd, JR
Denise Koenig Codd
    Debtors

Case No. 19-10361-JAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 2     Date Rcvd: Feb 12, 2019
                            Form ID: 309A     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2019.

```
db/db        +Edward Seymour Codd, JR,    Denise Koenig Codd,    108 Debra Ct,    Luling, LA 70070-5220
tr           +David V. Adler,    Post Office Box 55129,    Metairie, LA 70055-5129
smg          +Collector of Revenue,    City of New Orleans,    Department of Finance,
              1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg           Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
              Baton Rouge, LA  70896-6658
smg           U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
              New Orleans, LA  70130-7212
3696439      +Certified Bureau Inc.,    Attn: Bankruptcy,    PO Box 113060,    Metairie, LA 70011-3060
3696441      +Chase Bank,    PO Box 182051,    Columbus, OH 43218-2051
3696443       City of New Orleans,    Photo Safety Program,    P. O. Box 742503,    Cincinnati, OH 45274-2503
3696442       City of New Orleans,    Photo Safety Program,    P. O. Box 22091,    Tempe, AZ 85285-2091
3696448      +Glelsi/Nelnet,    2401 International Lane,    Madison, WI 53704-3121
3696450       Global Payments Check Services, Inc.,    P. O. Box 59371,    Chicago, IL 60659-0371
3696449       Global Payments Check Services, Inc.,    Attn: Customer Services,    P. O. Box 661038,
              Chicago, IL 60666-1038
3696451      +Great Lakes Higher Education Corp,    Attn: Bankruptcy,    PO Box 7860,    Madison, WI 53707-7860
3696457      +Louisiana Department of Revenue,    P O Box 4969,    Baton Rouge, LA 70821-4969
3696458       Majestic Lake Financial,    635 East Hwy. 20, K,    Upper Lake, CA 95485
3696459      +MaxLend,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
3696460      +Mortgage Service Center/PHH Mortgage,    Attn: Bankruptcy Department,    PO Box 5452,
              Mount Laurel, NJ 08054-5452
3696461      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
3696462      +Navient,    Attn: Bankruptcy,    PO Box 9000,    Wiles-Barr, PA 18773-9000
3696463       Navient Solutions,    c/o CGC Services LP,    P. O. Box 1280,    Oaks, PA 19456-1280
3696466       Northstar Location Services, LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
3696467      +Ochsner St. Charles,    PO Box 733320,    Dallas, TX 75373-3320
3696468       Professional Account Management LLC,    P. O. Box 391,    Milwaukee, WI 53201-0391
3696469      +Receivable Recovery Service LLC,    Attn: Bankruptcy,    110 Veterans Memorial Blvd Ste 445,
              Metairie, LA 70005-4931
3696472       St. Charles Parish Hospital,    P. O. Box 733320,    Dallas, TX 75373-3320
3696473      +St. James Behavioral Health Hospital,    3136 S. St. Landry Ave.,    Gonzales, LA 70737-5801
3696474      +Tax Collector/Sheriff,    Parish of St. Charles,    P. O. Box 426,    Hahnville, LA 70057-0426
3696475      +Touro Infirmary Hospital,    1401 Foucher St.,    New Orleans, LA 70115-3593
3696476       United Student Aid Funds, Inc.,    c/o General Revenue Corp.,    325 Daniel Zenker Dr.,
              Horseheads, NY 14845-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: ederbes@derbeslaw.com Feb 12 2019 19:46:41     Eric J. Derbes,
              The Derbes Law Firm, LLC,    3027 Ridgelake Avenue,    Metairie, LA  70002
smg          +E-mail/Text: bankruptcy_bpc@lwc.la.gov Feb 12 2019 19:47:06      Louisiana Workforce Commission,
              UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
              Baton Rouge, LA 70802-3338
ust          +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Feb 12 2019 19:46:58      Office of the U.S. Trustee,
              400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3696436      +E-mail/Text: collections@asifcu.com Feb 12 2019 19:46:54      ASI FCU,    Attn: Bankruptcy,
              5508 Citrus Blvd,    Harahan, LA 70123-5511
3696434      +Fax: 864-336-7400 Feb 12 2019 20:14:13      Advance America,    5608 Citrus Blvd., Ste. F,
              New Orleans, LA 70123-5563
3696435      +EDI: RMCB.COM Feb 13 2019 00:38:00      American Medical Collection Agency,
              4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1615
3696437      +EDI: CAPONEAUTO.COM Feb 13 2019 00:43:00      Capital One Auto Finance,    Attn: Bankruptcy,
              PO Box 30285,    Salt Lake City, UT 84130-0285
3696438       EDI: CAPONEAUTO.COM Feb 13 2019 00:43:00      Capital One Auto Finance,    P. O. Box 60511,
              City of Industry, CA 91716-0511
3696444      +EDI: CONVERGENT.COM Feb 13 2019 00:38:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
              PO Box 9004,    Renton, WA 98057-9004
3696445      +EDI: CCS.COM Feb 13 2019 00:43:00      Credit Collection Services,    725 Canton St,
              Norwood, MA 02062-2679
3696447       EDI: DIRECTV.COM Feb 13 2019 00:38:00      Directv,    PO Box 6550,    Greenwood Village, CO 80155
3696452       E-mail/Text: BankruptcyNotices@hughes.com Feb 12 2019 19:46:45      HughesNet,    P. O. Box 96874,
              Chicago, IL 60693-6874
3696453      +E-mail/Text: BankruptcyNotices@hughes.com Feb 12 2019 19:46:45      HughesNet,
              Corporate Headquarters,    11717 Exploration Lane,    Germantown, MD 20876-2711
3696454      +EDI: IRS.COM Feb 13 2019 00:43:00      Internal Revenue Service,    PO Box 621501,
              Atlanta, GA 30362-3001
3696455      +E-mail/Text: rpajares@jeffersonfinancial.org Feb 12 2019 19:46:55
              Jefferson Financial Credit Union,    Attn: Bankruptcy,    7701 Airline Drive,
              Metairie, LA 70003-6228
3696456       EDI: RMCB.COM Feb 13 2019 00:38:00      Laboratory Corporation of America,    c/o AMCA,
              P. O. Box 1235,    Elmsford, NY 10523-0935
3696464      +E-mail/Text: electronicbkydocs@nelnet.net Feb 12 2019 19:47:03      Nelnet,    Attn: Claims,
              PO Box 82505,    Lincoln, NE 68501-2505
```

```
District/off: 053L-2           User: admin               Page 2 of 2              Date Rcvd: Feb 12, 2019
                               Form ID: 309A             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
3696465        +E-mail/Text: electronicbkydocs@nelnet.net Feb 12 2019 19:47:03      Nelnet,    P. O. Box 2970,
                 Omaha, NE 68103-2970
3696471         EDI: RMCB.COM Feb 13 2019 00:38:00        RMCB,    P. O.Box 1235,    Elmsford, NY 10523-0935
3696470        +EDI: RMCB.COM Feb 13 2019 00:38:00        Retrieval Masters Credit Bureau,
                 4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1616
                                                                                                TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3696446*       +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
3696440       ##+Certified Bureau Inc.,    4621 W. Napoleon,    Metairie, LA 70001-2482
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0