PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING

Date: 03/21/19   Time: 01:00pm
IN RE:                                   CASE NO. 19-10361    Section "B"
**CODD, EDWARD SEYMOUR, JR.**
**CODD, DENISE KOENIG**

**APPEARANCES:**
(✓) Debtor 1                                          (✓) Debtor 2 (Spouse in Joint Cases)
  (✓) Required picture I.D. produced                     ( ) Required picture I.D. produced
  (✓) Required SSN verification produced                 ( ) Required SSN verification produced
  (✓) Pay advices received P-14                          ( ) Pay advices produced

Credit Counseling certificate (✓) filed ( ) not filed P-12+13
Tax returns received for __2016 + 2017__ (years) on __3/13/19__
Financial Documents were ( ) retained by Trustee  ( ) returned to Debtor(s)

( ) Debtor(s) Representative _____
(✓) Attorney for Debtor(s): ERIC J. DERBES
( ) Debtor(s) Appeared Pro Se
     YES( ) NO( ) If Pro Se, did anyone assist with preparation?
     YES( ) NO( ) If Yes, Debtor has completed pro se form?

THE MEETING OF CREDITORS WAS:
 (✓) HELD or
 ( ) **NOT** HELD or
 ( ) WAS NOT CONCLUDED AND CONTINUED to ___ day of _____, 2019 at __:__ __.m.

YES(✓) NO( ) Attorney for debtor(s) filed statement of compensation in accordance with 11 U.S.C. 329. P-1, pg 24

( ) CREDITOR(S):                             Represented By:
_____              _____
_____              _____
_____              _____

**DEBTOR(s) REQUIRED TO:**
( ) Amend Schedules and Statements within ____ days of the §341(a) Meeting.
( ) Other: _____

In accordance with FRBP 6007 the Trustee announced intention to abandon any interest in:
Hsehld Goods/Appliances/Furn. _____
Wearing Apparel _____  Hsehld electronics
$49 Cash                         401(K)
$3.32 bank balance               2014 Kia Optima
Wedding rings                    2008 Kia Rondo
108 Delera Ct., Luling, La. #

Additional Notes: # Subject to investigation of value + marketability

__3/21/19__                    __David V. Adler__
DATED                          TRUSTEE

TRACK # __2__                                          Form Rev. 9/8/17